KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HARPREET SINGH,

        Plaintiff,

        v.

DAVID STILL, USCIS District Director; DONALD NEUFELD, Acting Director, Nebraska Service Center; MICHAEL CHERTOFF, Secretary of the Homeland Security; ALBERTO GONZALES, Attorney General of the United States; and Does 1 thru 50,

        Defendants.

No. C 05-2314 EMC

**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER**

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 7, 2005, but did not serve the U.S. Attorney's Office until August 4, 2005. Defendants' answer is currently due on October 3, 2005.

    2. Pursuant to this Court's June 7, 2005 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on October 19, 2005, and attend a case management conference on October 26, 2005.

    3. In order to allow sufficient time for USCIS to complete its adjudication of plaintiff's

Stipulation for Extension
C 05-2314 EMC

1  Refugee Asylee Relative Petitions (Form I-130), the parties hereby respectfully ask this Court to
2  extend the dates in the Court's scheduling order as follows:
3      Last day to file an answer:     November 2, 2005
4      Last day to file ADR documents:     December 7, 2005
5      Last day to file/serve Joint Case Management Statement: ~~December 21, 2005~~ Dec. 28, 2005
6      Case Management Conference:     ~~December 28, 2005~~, at 1:30 p.m.
7      January 4, 2006

8  Date: September 22, 2005     Respectfully submitted,
9      KEVIN V. RYAN
    United States Attorney
10
11
12      /s/
    ILA C. DEISS
    Assistant United States Attorney
13      Attorneys for Defendants
14
15
16      /s/
Date: September 22, 2005     ASHWANI K. BHAKHRI
17      Attorney for Plaintiff
18
19      **ORDER**
20
21  Pursuant to stipulation, IT IS SO ORDERED.
22
23  Date: September 28, 2005
24      EDWARD M. CHEN
    United States ~~District~~ Judge
25      Magistrate

Stipulation for Extension
C 05-2314 EMC