ASHWANI BHAKHRI (SBN163527)
LAW OFFICES OF ASHWANI K. BHAKHRI
1290 Bayshore Highway, Suite 255
Burlingame, CA 94010
Telephone (650) 697-0346
Facsimile  (650) 685-6351

Attorney for Plaintiff
HARPREET SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH,<br><br>    Plaintiff<br><br>vs.<br><br>DAVID STILL, USCIS District Director, Donald Neufeld, Acting Director, Nebraska Service Center, Michael Chertoff, Secretary of Homeland Security, Alberto Gonzalez, Attorney General of the United States, and Does, 1-50.,<br><br>    Defendants. | Case No.: C05-2314 EMC<br><br>REQUEST FOR VOLUNTARY DISMISSAL<br>AND ORDER THEREON |

The plaintiff in the above captioned civil matter hereby requests for a voluntary dismissal of the action with prejudice since the matter is now moot.

DATED: 11/3/05

THE LAW OFFICES OF ASHWANI BHAKHRI

_____
ASHWANI BHAKHRI
Attorneys for Plaintiff

SO ORDERED

DATED: November 3, 2005

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

1